**2010–1555. State ex rel. Butler Cty. Pros. Atty. v. Nastoff.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.